Order entered December 10 , 2012                                    005224



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00671-CR

**DEMARKO DEON COOPER, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F11-27720-H

## ORDER

The Court **REINSTATES** the appeal.

On November 9, 2012, we denied court reporter Crystal Jones's second request for an extension of time to file the reporter's record and ordered the trial court to make findings regarding the record. On December 6, 2012, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the November 9, 2012 order to the extent it requires findings.

Appellant's brief is due within thirty days of the date of this order.

DAVID L. BRIDGES
JUSTICE